# United States Court of Appeals
# for the Fifth Circuit

No. 24-50297

United States Court of Appeals
Fifth Circuit

**FILED**
November 5, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Francisco Gonzalez Sanchez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:21-CR-1984-1

ORDER

Before Southwick, Willett, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the Appellee's unopposed motion to remand case to district court to reform the judgment is GRANTED.

IT IS FURTHER ORDERED that the Appellee's alternative unopposed motion for an extension of time of 30 days to file the brief from the denial of the motion is DISMISSED as moot.